**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  22-13240 |
| Fernando Nino, Jr. | ) | Chapter 13 |
| | ) | Judge:  Janet S. Baer |
| | ) | |
| Debtor | | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

Fernando Nino, Jr.                              DAVID FREYDIN LTD
260 N Calhoun St                             8707 SKOKIE BLVD #305
Aurora, IL  60505                             SKOKIE, IL  60077

Please take notice that on February 17, 2023 at 10:00 am, a representative of this office shall appear before the Honorable Judge Janet S. Baer, or any judge sitting in that judge's place, either in Courtroom 615 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 or electronically as described below and present the Trustee's motion a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video,** use this link:  https//www.zoomgov.com/join.  Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and password.

**Meeting ID and password.**  The meeting ID for this hearing is **160 731 2971** and the passcode is **587656.**  The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing.

I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on February 09, 2023.

801 Warrenville Road, Suite 650                 /s/   Jenn Karmia
Lisle, IL  60532-4350                           FOR: Glenn Stearns, Chapter 13 Trustee
Ph:  (630) 981-3888

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re:                                                    )          Case No.  22-13240
Fernando Nino, Jr.                                        )          Chapter 13
                                                          )          Judge:  Janet S. Baer
                                                          )
                        Debtor                            )

**MOTION TO DISMISS FOR UNREASONABLE DELAY**


Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to 11  U.S.C. Section 1307 (c) and in support thereof, states the following:


1.   The Debtor filed a petition under Chapter 13 on Tuesday, November 15, 2022.
2.   The Debtor has failed to:

    a.  Provide closing documents and documentation regarding distribution of proceeds.
3.   As a result, the Debtor has failed to comply with the Bankruptcy Code and has caused an unreasonable delay that is prejudicial to creditors.

   WHEREFORE,  the Trustee prays this case be dismissed for cause pursuant to Section 1307 (c).


                                                          Respectfully Submitted;

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650                           /s/   Pamela L. Peterson_____
Lisle, IL  60532-4350                                     FOR: Glenn Stearns, Chapter 13 Trustee